OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 08 2015
PRESORTED
FIRST-CLASS
PITNEY BOWES

10/7/2015
GRIFFIN, HERBERT BERNARD   Tr.Ct.No. D-1-DC-10-201329-AWR-82,991-01
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

HERBERT BERNARD GRIFFIN
HUNTSVILLE UNIT   TDC # 1759833
POBOX 32
HUNTSVILLE TX 77348